UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLIE MEREDITH,

Petitioner - Appellant,

v.

MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY,

Respondents - Appellees.

No. 23-3380

D.C. No.
3:23-cv-00850-BEN-DDL

Southern District of California,
San Diego

MANDATE

The judgment of this Court, entered December 17, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT